IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JEREMY JOSEPH DURRENBERGER,** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:09-CV-00786** |
| | § | |
| **TEXAS DEPARTMENT OF** | § | |
| **CRIMINAL JUSTICE,** | § | |
| *Defendant.* | § | |

## ORDER

After review and consideration of the Plaintiff's Motion to Compel and the Defendant's Response, It Is Hereby Ordered,

Plaintiff's Motion to Compel is DENIED and Defendant is GRANTED additional time until February 10th, 2010, to respond to Plaintiff's Interrogatories.

DATED this 1st day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE